**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-1878**

───────────────

JACQUELINE ELIZABETH HERNANDEZ-QUIJANO; M.A.A.H.,

            Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

            Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted: August 5, 2022                          Decided: August 12, 2022

───────────────

Before AGEE, THACKER, and HARRIS, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:**  Kevin Dougherty, LAW FIRM OF RUIZ DOUGHERTY, Herndon, Virginia, for Petitioners.  Brian Boynton, Acting Assistant Attorney General, Zoe J. Heller, Senior Litigation Counsel, Erik R. Quick, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Elizabeth Hernandez-Quijano and her minor son, M.A.A.H., both natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) denying their motion to reconsider. Based upon our review of the record, we are satisfied that the Board did not abuse its discretion in denying reconsideration. *See Narine v. Holder*, 559 F.3d 246, 249 (4th Cir. 2009) (explaining standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*